```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


JOHN LEBLANC,                    )
          Petitioner,            )
                                 )
     v.                          )  C.A. No. 05-10271-MLW
                                 )
COMMONWEALTH OF MASSACHUSETTS,   )
          Respondent.            )
```

                        PROCEDURAL ORDER

On January 31, 2005, the Court received John LeBlanc's self-prepared Memorandum of Law in Support of his Motion for a New Trial. Because the case caption on the document lists the Worcester Superior Court, it appears that LeBlanc intended to file this document in state court. However, LeBlanc may be attempting to initiate a habeas action attacking his state conviction pursuant to 28 U.S.C. § 2254.

Petitioner will be granted forty-two (42) days from the date of this Procedural Order to inform the Court whether he wishes to proceed with a Section 2254 action in this federal court.

If he wishes to proceed with a Section 2254 habeas action, he shall file, within forty-two (42) days from the date of this Procedural Order, a Petition Pursuant to 28 U.S.C. § 2254 for Writ of Habeas Corpus accompanied by either the $5.00 filing fee or an Application to Proceed Without Prepayment of Fees. The Clerk shall send LeBlanc a form for filing a Petition Pursuant to 28 U.S.C. § 2254 for Writ of Habeas Corpus and an Application to Proceed Without Prepayment of Fees.

If LeBlanc does not wish to proceed with a Section 2254 habeas action at this time, the instant action will be dismissed

without prejudice.  Failure to comply with the terms of this Procedural Order will result in the dismissal of this action without prejudice.

SO ORDERED.

Dated at Boston, Massachusetts, this 5th day of October, 2005.

                                                <u>/s/ Mark L. Wolf</u>
                                                MARK L. WOLF
                                                UNITED STATES DISTRICT JUDGE