AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

## United States District Court

District __Plymouth__

Name __John R LEBlANC__

Prisoner No. __W64867__     Case No. __1:05-CV-1027__

Place of Confinement

__Old Colony correctional center__

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| John R LeBlanc | v. Commonwealth of massachusetts |

The Attorney General of the State of:
__Massachusetts__

## PETITION

1. Name and location of court which entered the judgment of conviction under attack __Worcester Superior Court__

2. Date of judgment of conviction _____

3. Length of sentence __L. I. F. E    1st, Degree__

4. Nature of offense involved (all counts) __Murder 1st Degree   on and after__

5. What was your plea? (Check one)
   (a) Not guilty        ☒
   (b) Guilty            ☐
   (c) Nolo contendere   ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury          ☒
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court _____Worcester Superior Court_____

(b) Result_____Denied_____

(c) Date of result and citation, if known _____

(d) Grounds raised _____INifective ASSistAnce of Councle, Cor_____

_____

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court _____

(2) Result _____

_____

(3) Date of result and citation, if known _____

(4) Grounds raised _____

_____

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court _____

(2) Result _____

_____

(3) Date of result and citation, if known _____

(4) Grounds raised _____

_____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

(3)

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result _Denied without hearing_____

(6) Date of result _Jan 30 2003_____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _Worcester Superior Court_____

(2) Nature of proceeding _Appeal from Conviction_____

(3) Grounds raised _Suppress Confessions under influence
Drugs + alcohol,
2> exculpatory Evidence._____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result _Denied_____

(6) Date of result _Jan 30 2003_____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☒      No ☐
(2) Second petition, etc.    Yes ☒      No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court __Worcester Superior Court__

(2) Nature of proceeding __with holding Evidence - Confessions -__
__False, Ineffective Assistance of Cansel__

(3) Grounds raised _____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.       Yes ☐  No ☒
(2) Second petition, etc.    Yes ☐  No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: (B)  NoNe of conFession was any trueth behind - fabricated - Not Taped - Video or recorded.

Supporting FACTS (state *briefly* without citing cases or law)
The whole Store was Made up, at the time of Incedent - was Home on phone to Girls in Connecticut. family was witness I neverleft. Came straight Home.

B. Ground two: (F).  telephone bills of 20 Camp Road. 508-347-5923 - Hidden - ruin matterial by presecution

Supporting FACTS (state *briefly* without citing cases or law):
was - is Alibi Evedence that Could not be at two places at once where A Nieghbor hood of people in Daylight time NO witness ever Gone down Road with anyone in that area - As I First Stated - was not there in 6 Months.

(5)

AO 241 (Rev. 5/85)

C. Ground three: (H) Female Junior worked same Job Quinabaay CampGround. Same people Iwerked For

Supporting FACTS (state *briefly* without citing cases or law): _____

Junior - working same CampGround Brimfield, Knowingly. heard from others becomes

D. Ground four (i) Denial of 2 effective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law): Both refused to work To look into my child Had incarceration in mental Health Hospitals in Connecticut as a child Family History of mental illness Rule 30 Not wanting to Go against each attorney. refusing To file ineffective Assistance, on each other

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ☐  No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____

(b) At arraignment and plea _____

AO 241 (Rev. 5/85)

(c) At trial _____ Att Jack Lu _____

(d) At sentencing _____ Att Christopher Dunn _____

(e) On appeal _____ Richard Shea. _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☑  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☑
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

10/31/05
(date)

Johnny R Le Blanc
Signature of Petitioner

(7)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ATTACHMENT 3**

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) *Commonwealth v.s. John - R - LeBlanc*

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES ☐    NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

   YES ☐    NO ☒

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES ☐    NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES ☐    NO ☐

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   YES ☒    NO ☐

   A.   IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

        EASTERN DIVISION ☐    CENTRAL DIVISION ☒    WESTERN DIVISION ☐

   B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

        EASTERN DIVISION ☐    CENTRAL DIVISION ☐    WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME _____

ADDRESS _____

TELEPHONE NO. _____

(Att3Cover sheet local.wpd - 11/27/00)

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from PSSA4, entered on 10/6/2005 at 10:49 AM EDT and filed on 10/5/2005
Case Name: LeBlanc v. Commonwealth of Massachusetts
Case Number: 1:05-cv-10271
Filer:
Document Number: 2

# 05 - 10 27 1 MLW

Docket Text:
Judge Mark L. Wolf : PROCEDURAL ORDER entered that if Mr. LeBlanc wishes to proceed with a Section 2254 habeas action, he shall file, within forty-two (42) days from the date of this Procedural Order, a Petition Pursuant to 28 U.S.C. section 2254 for Writ of Habeas Corpus accompanied by either the $5.00 filing fee or an Application to Proceed Without Prepayment of Fees. The Clerk sent with a copy of the procedural order the form for filing a Petition Pursuant to 28 U.S.C. section 2254 for Writ of Habeas Corpus and an Application to Proceed Without Prepayment of Fees.(PSSA4)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=10/6/2005] [FileNumber=1152613-0
] [71ca6dd9ba401e7fa4256e523246ea768620ddd5c92670794b6eb2a425c30a244ba
98572354086a1adbbb6860caccc6cf347fc7c622987ecf832af5c64d50692]]


1:05-cv-10271 Notice will be electronically mailed to:

1:05-cv-10271 Notice will not be electronically mailed to:

John LeBlanc
O.C.C.C.
1 Admisnistration Rd.
Bridgewater, MA 02324-3230

# United States District Court

——— DISTRICT OF ———

**Plaintiff**

COMM wealth Mass.

**v.**

**Defendant**

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:05-CV-10271

I, John R. LeBlanc _____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: [X] Yes ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration Old Colony Correctional Center

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      1996 Quinabogg Cove Campground - Seasonal

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes [X] No
   b. Rent payments, interest or dividends ☐ Yes [X] No
   c. Pensions, annuities or life insurance payments ☐ Yes [X] No
   d. Disability or workers compensation payments ☐ Yes [X] No
   e. Gifts or inheritances ☐ Yes [X] No
   f. Any other sources ☐ Yes [X] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Children -
   1 - Son - 18
   4 - Daughters - age 14, 14, 16, 19

I declare under penalty of perjury that the above information is true and correct.

DATE  10-24-05        SIGNATURE OF APPLICANT  _Johnny Williams_

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _MCCC_ . I further certify that the applicant has the following securities to his/her credit: _____ . I further certify that during the past six months the applicant's average balance was $ _-1.00_

DATE  1/1        SIGNATURE OF AUTHORIZED OFFICER  _____