```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

JOHN LeBLANC,                        )
                                     )
          Petitioner,                )
                                     )   C.A. No. 05-10271-MLW
     v.                              )
                                     )
COMMONWEALTH OF MASSACHUSETTS,       )
                                     )
          Respondent.                )

## MEMORANDUM AND ORDER

For the reasons stated below, the Court denies petitioner's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> without prejudice to filing an Application to Proceed Without Prepayment of Fees accompanied by a certified copy of his prison account statement.

## DISCUSSION

A party filing a habeas action in this Court must either (1) pay the $5.00 filing fee for habeas corpus actions or (2) file an application to proceed without prepayment of fees on the form required by this Court entitled "Application to Proceed Without Prepayment of Fees and Affidavit" (the "Application"). <u>See</u> Fee Schedule for the District of Massachusetts; 28 U.S.C. § 1914(a) (fees); 28 U.S.C. § 1915 (proceedings <u>in</u> <u>forma</u> <u>pauperis</u>).

Although petitioner filed his fee waiver request on the form required by this Court, he failed to provide a copy of his prison account statement.

Because petitioner has not provided a copy of his prison account statement, he will be granted forty-two (42) days from

the date of this Memorandum and Order, to either pay the $5.00 filing fee or file a new Application to Proceed Without Prepayment of Fees and Affidavit accompanied by a certified copy of his prison account statement. Should such filing fee or application not be filed within 42 days, the petition will be subject to dismissal without prejudice for failure to pay the filing fee.

                                ORDER

   ACCORDINGLY, it is hereby

   ORDERED, petitioner's application to proceed in forma pauperis is denied without prejudice; and it is further

   ORDERED, petitioner shall, within forty-two (42) days from the date of this Memorandum and Order, either pay the $5.00 filing fee or file a new Application to Proceed Without Prepayment of Fees accompanied by a certified copy of petitioner's prison account statement. The Clerk shall send petitioner with this Memorandum and Order an Application to Proceed Without Prepayment of Fees.
SO ORDERED.


 February 9, 2006              /s/ Mark L. Wolf
DATE                           MARK L. WOLF
                               UNITED STATES DISTRICT JUDGE