UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. LEBLANC, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF )<br>MASSACHUSETTS, )<br>)<br>Respondent. ) | Civil Action No. 05-10271-MLW |

### RESPONDENT'S MOTION FOR LEAVE TO DISPENSE WITH THE CONFERENCE REQUIREMENT OF LOCAL RULE 7.1

Respondent the Commonwealth of Massachusetts, through counsel, moves that it be permitted to file the accompanying Motion to Dismiss Writ of Habeas Corpus as Time-Barred and any future motions without counsel first conferring with petitioner, as Local Rule 7.1(A)(2) requires. In support thereof, respondents state that petitioner is currently incarcerated at a Massachusetts Correctional Institution and is not represented by counsel, rendering pre-filing conference impracticable.

For this reason, respondent requests that it be granted leave to dispense with the pre-filing conference required by L.R. 7.1(A)(2), and that they be permitted to file the accompanying Motion to Dismiss Writ of Habeas Corpus as Time-Barred and any future motions in this action without first conferring with petitioner.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Maura D. McLaughlin
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923

Dated: March 7, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the petitioner, John R. LeBlanc, on March 7, 2006, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: John R. LeBlanc, Old Colony Correctional Center, One Administration Road, Bridgewater, Massachusetts, 02324.

/s/ Maura D. McLaughlin
Maura D. McLaughlin, Esq.