UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. LEBLANC, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF )<br>MASSACHUSETTS, )<br>)<br>Respondent. ) | Civil Action No. 05-10271-MLW |

**RESPONDENTS' MOTION TO DISMISS PETITION
FOR WRIT OF HABEAS CORPUS AS TIME-BARRED**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the respondent, the Commonwealth of Massachusetts, respectfully submits this motion to dismiss the petition for writ of habeas corpus filed by the petitioner, John R. LeBlanc. The petition must be dismissed as time-barred under 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions, which is contained in the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). Because the petitioner's conviction became final, for purposes of AEDPA, on June 18, 2001, the petitioner was required to file his petition within a one-year, by June 18, 2002. However, the petition was not filed in this Court until filed until November 14, 2005, more than three (3) years after the statute of limitations had expired. Accordingly, the petition must be dismissed as time-barred.

Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        /s/ Maura D. McLaughlin
        Maura D. McLaughlin
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200 ext. 2857
        BBO No. 634923

Dated: March 7, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the petitioner, John R. LeBlanc, on March 7, 2006, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: John R. LeBlanc, Old Colony Correctional Center, One Administration Road, Bridgewater, Massachusetts, 02324

        /s/ Maura D. McLaughlin
        Maura D. McLaughlin, Esq.