## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**JOHN R. LEBLANC**
      **Plaintiff**

                                    **CIVIL ACTION**
      V.                                  **NO. 05-10271-MLW**

**COMMONWEALTH OF MASSACHUSETTS**
      **Defendant**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's MEMORANDUM & ORDER dated **December 20, 2006**, in the above-referenced action, dismissing this action, it is hereby ORDERED:

Judgment of dismissal for the **defendants**.

                                                            By the Court,

**December 20, 2006**                                  /s/ Dennis O'Leary
    Date                                                       Deputy Clerk

(judge-dis.wpd - 12/98)                                                                                        [jgm.]