United States District
District of MASS
Civil Action No. 1:05CVA10271-MLW

John R. LeBlanc
Petitioner

v.

Bernard F. Brady Super
Thomas F. Reilly, Attorney General
Respondents

## Notice of Appearance

Please enter, My appearance on behalf of the petitioner.

Respectfully Sumit

John R LeBlanc

Pro Se.