UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10271

John R. LeBlanc

v.

Commonwealth of Massachusetts

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-12

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/1/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 9, 2007.

Sarah A. Thornton, Clerk of Court

By: /s/ Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/12/07.

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10271-MLW

LeBlanc v. Commonwealth of Massachusetts
Assigned to: Chief Judge Mark L. Wolf
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/31/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**John LeBlanc**   represented by   **John LeBlanc**
O.C.C.C.
1 Admisnistration Rd.
Bridgewater, MA 02324-3230
PRO SE

V.

**Respondent**

**Commonwealth of Massachusetts**   represented by   **Maura D. McLaughlin**
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
617-727-2200, ext 2857
Fax: 617-727-5755
Email: maura.mclaughlin@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2005 |  | Case received for filing without payment of the filing fee or submission of an application to waive the filing fee. (Jenness, Susan) (Entered: 02/10/2005) |
| 01/31/2005 | 1 | MEMORANDUM OF LAW in Suport of a Motion for a New Trial by John LeBlanc.(No motion for new trial was filed in this case). (Jenness, Susan) (Entered: 02/10/2005) |
| 01/31/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 02/10/2005) |
| 10/05/2005 | 2 | Judge Mark L. Wolf : PROCEDURAL ORDER entered that if Mr. |

| | | |
|---|---|---|
| | | LeBlanc wishes to proceed with a Section 2254 habeas action, he shall file, within forty-two (42) days from the date of this Procedural Order, a Petition Pursuant to 28 U.S.C. section 2254 for Writ of Habeas Corpus accompanied by either the $5.00 filing fee or an Application to Proceed Without Prepayment of Fees. The Clerk sent with a copy of the procedural order the form for filing a Petition Pursuant to 28 U.S.C. section 2254 for Writ of Habeas Corpus and an Application to Proceed Without Prepayment of Fees.(PSSA4) (Entered: 10/06/2005) |
| 10/06/2005 | | Set Deadlines/Hearings: Response to Procedural Order (2254 accompanied by filing fee or fee-waiver application) due by 11/16/2005. (PSSA4) (Entered: 10/06/2005) |
| 11/14/2005 | 3 | RESPONSE TO ORDER TO SHOW CAUSE by John LeBlanc. (Attachments: # 1 category sheet# 2 Copy of electronic notice# 3 Affidavit to proceed)(Jenness, Susan) (Entered: 11/21/2005) |
| 02/09/2006 | 4 | Judge Mark L. Wolf : ORDER entered. Petitioner's application to proceed in forma pauperis is denied without prejudice. Petitioner shall, within forty-two (42) days from the date of this Memorandum and Order, either pay the $5.00 filing fee or file a new Application to Proceed Without Prepayment of Fees accompanied by a certified copy of petitioner's prison account statement. The Clerk sent petitioner with this Memorandum and Order an Application to Proceed Without Prepayment of Fees.(PSSA, 4) (Entered: 02/09/2006) |
| 02/09/2006 | 5 | Judge Mark L. Wolf : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(PSSA, 4) (Entered: 02/09/2006) |
| 02/09/2006 | | Set Deadlines/Hearings: Petitioner to file the $5 filing fee or fee-waiver application with copy of prison account by 3/23/2006. (PSSA, 4) (Entered: 02/09/2006) |
| 02/28/2006 | | Filing fee: $ 5.00, receipt number 70654 regarding payment of fee for the filing of a 2254 petition (Boyce, Kathy) (Entered: 03/01/2006) |
| 03/07/2006 | 6 | MOTION for Leave to Dispense with the Conference Requirement of Local Rule 7.1 by Commonwealth of Massachusetts.(McLaughlin, Maura) (Entered: 03/07/2006) |
| 03/07/2006 | 7 | MOTION to Dismiss *Petition for Writ of Habeas Corpus* by Commonwealth of Massachusetts.(McLaughlin, Maura) (Entered: 03/07/2006) |
| 03/07/2006 | 8 | MEMORANDUM in Support re 7 MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by Commonwealth of Massachusetts. (Attachments: # 1 Exhibit State Court Criminal Action Docket Sheet) (McLaughlin, Maura) (Entered: 03/07/2006) |
| 08/29/2006 | | Judge Mark L. Wolf : Electronic ORDER entered granting 6 Motion to Dispense with the Conference Requirement of Local Rule 7.1 (O'Leary, |

| | | |
|---|---|---|
| | | Dennis) (Entered: 08/29/2006) |
| 12/20/2006 | 9 | Judge Mark L. Wolf : ORDER entered. MEMORANDUM AND ORDER(O'Leary, Dennis) (Entered: 12/20/2006) |
| 12/20/2006 | 10 | Judge Mark L. Wolf : ORDER entered. JUDGMENT in favor of DEFENDANT against PLAINTIFF(O'Leary, Dennis) (Entered: 12/20/2006) |
| 02/01/2007 | 11 | NOTICE of Pro Se Appearance by John LeBlanc. FILED. (Boyce, Kathy) (Entered: 02/07/2007) |
| 02/01/2007 | 12 | NOTICE OF APPEAL as to 10 Judgment by John LeBlanc. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/21/2007. (Attachments: # 1 Judgment# 2 Letter from the Court of Appeals)(Boyce, Kathy) (Entered: 02/07/2007) |