```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

JOHN R. LEBLANC,                  )
                                  )
          Petitioner,             )
                                  )
     v.                           )    C.A. No. 05-10271-MLW
                                  )
COMMONWEALTH OF MASSACHUSETTS     )
                                  )
          Respondent.             )
```

MEMORANDUM AND ORDER

For the reasons set forth below, the Court denies petitioner's request for leave to appeal in forma pauperis (Docket No. 16). The Clerk is directed to file under seal petitioner's confidential release and transmit this order as a supplement record to the United States Court of Appeals for the First Circuit.

BACKGROUND

On February 1, 2007, petitioner filed his Notice of Appeal of the denial of his habeas petition, see Docket No. 12, and the United States Court of Appeals for the First Circuit assigned it No. 07-1430. See Docket No. 14. Petitioner filed with the First Circuit his self-prepared financial affidavit with attached prison trust account statement. See Docket No. 15. By Order dated April 18, 2007, the Court of Appeals treated petitioner's financial affidavit as a motion to proceed on appeal in forma pauperis and transmitted the request to this Court. Id.

DISCUSSION

Generally, "any court of the United States may authorize the commencement, prosecution or defense of any ... appeal ... without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a)(1).  A party that desires to proceed in forma pauperis on an appeal from the dismissal of a habeas corpus petition must typically file a motion with the district court and attach an affidavit explaining why the court should allow him to do so.  See Fed. R. App. P. 24(a)(1).

By Order dated February 9, 2006, petitioner's request to waive the $5.00 filing fee was denied.  See Docket No. 4.  On February 28, 2006, he paid the the $5.00 filing fee.[1]  See Docket.

Accompanying his current request for waiver of the appeal fee, petitioner submitted a one-page inmate transaction report as well as a confidential settlement agreement.  The confidential settlement agreement reveals that in January 2006 petitioner settled a legal claim for $5,000.[2]  Petitioner's financial affidavit indicates that during the past 12 months, petitioner

---

[1] Because petitioner's initial application to proceed without prepayment of fees was never granted, the Court will review the instant motion pursuant to Fed. R. App. P. 24(a)(1).

[2] The Clerk will be directed to file under seal petitioner's confidential release.

received $4,000 in interest and dividends, as well as $200 in gifts.  The affidavit also indicates that he is waiting to receive a $50,000 settlement.  Petitioner avers that his son and four daughters rely on him, or his spouse, for support. Petitioner avers that his total monthly expenses are $50 and he notes that he was not aware of certain process fees associated with a settlement.  Petitioner's inmate transaction report is for the three month period from January 1, 1007 until April 5, 2007 and seems to reveal a balance of $2,414.63.  On this record, I find that petitioner has sufficient funds to pay the cost of proceeding with his appeal and is not entitled to proceed in forma pauperis.  Petitioner may wish to file a motion to proceed in forma pauperis with the First Circuit pursuant to Fed. R. App. P. 24(a)(5).

<u>ORDER</u>

    Accordingly, it is hereby

    ORDERED, that petitioner's request to proceed on appeal in forma pauperis (Docket No. 16) is denied; and it is further

    ORDERED, that the Clerk file under seal petitioner's confidential release; and it is further

    ORDERED, that the Clerk transmit this Order as a supplemental record to the First Circuit Court of Appeals.

    SO ORDERED.

```
 May 25, 2007                          /s/ Mark L. Wolf
DATE                                  MARK L. WOLF
                                      UNITED STATES DISTRICT JUDGE
```