# United States Court of Appeals
## For the First Circuit

No. 07-1430

JOHN R. LEBLANC,

Petitioner, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS,

Respondent, Appellee.

Before

Torruella, Lipez and Howard,
<u>Circuit Judges</u>.

**JUDGMENT**
**Entered: November 14, 2007**

We have reviewed the appellant's response to our show-cause order and conclude that the appeal is untimely. The appellant filed his notice of appeal on February 1, 2007. Fed. R. App. P. 4(a)(1)(A) requires a notice of appeal to be filed within thirty days after the judgment or order appealed from has been entered. In this case, the thirty-day time period for filing a notice of appeal began to run when the district court entered its judgment on December 20, 2006. Thus, the appellant was required to file his notice of appeal with the district clerk on or before January 19, 2007, or to establish the timeliness of the notice of appeal pursuant to Fed. R. App. P. 4(c). Because the appellant's response to our show-cause order fails to establish the timeliness of the notice of appeal, we dismiss the appeal as untimely. See <u>Bowles</u> v. <u>Russell</u>, __ U.S. __, __, 127 S.Ct. 2360, 2366 (2007) (clarifying that "the timely filing of a notice of appeal in a civil case is a jurisdictional requirement").

<u>Dismissed</u>.

By the Court:
Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
_____
Chief Deputy Clerk.

[cc: John LeBlanc, Maura D. McLaughlin, AAG]