Constitutional Provisions, Codes & Rules

UNITED STATES CONSTITUTIONS

FILED IN CLERKS OFFICE 12/10/07

2007 DEC 19 P 5:03

U.S. DISTRICT COURT
DISTRICT OF MASS.

4TH, 5TH, 6TH, 8TH, and 14th AMENDMENTS

UNITED STATES CODE

28 U.S.C. § 2253 (a)

28 U.S.C. § 2253 (c)

28 U.S.C. § 2254 (h)(citing 18 U.S.C.§3006A)

Federal Rules of Criminal Procedure

Rule 35

Petition the U.S. Supreme Court to grant Appointment of counsel as I am pro se. and have been ingerdant, Also

Supreme court to review the decison of state courts ruling or case raises significant legal found in 28 U.S.C.§ 1257 & 28 U.S.C. § 1254 for federal courts.

IM Asking to be hear out by Mark Wolf for Just Ten minuets, To Listen for 10 min to what I have to say to whats Going on what leads up to me Being locked away for the rest of my life without any phsysical Evidence, what I did for my country in 1991 led up 1991 - what, why I've been persicuted that's been an on Going Investigation to unsolved murders since the 1970s, I've wrote Berreau of Investigation and eternal affairs to be told not to Go public with this

Sincerely John LeBlanc

Docket NO: 07-1430     12/10/07

| | |
|---|---|
| John R. Le Blanc | ) Defendants Petition to the single |
| Petitioner | ) Justice Pursuant to G.L.c 278, |
| | )   33E for leave to appeal |
| V. | ) The denial of his motions |
| Commonwealth of MASSACHUSETTS | ) D N A testing for new trial |
| Respondants | |

Now comes the defendant John R. LeBlanc and ,to pursuant c.278 33E, Requests that the single,and to be determined by a full and impartial court.As grounds there for,the defendant states:

## BACKGROUND

On June 26 1998 the defendant John R.LeBlanc was convicted of first deegree murder,on and after.In his appeal to the courts, he raised 5 arguments.

1. First he ,Insufficiency of evidence,Because how if any Has any merit.

2. Introduction of Inadmissible Evidence.
Using anything like a box whit to have red paint that was found on a two mile street that blew into someones yard and call that evidence and give things like that an exibet # .Number.

3. Withholding of Exculpatory Evidence.
 I'll explain in summory Both the court and Atterney new of my wereabouts,due to phone records,test results of DNA they had help themselves with ,and finally with no physical evide -nce anywhere ,for someone in the defendants condition at the time state had made claim.

4. Denial of Effective Assistance of Counsel

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

John LeBlanc
Old-Colony Ctr.
W64 X 7
1 Administration Rd.
Bridgewater, 02324-3230

02 1A
0004624361
NOV 14 2007
MAILED FROM ZIP CODE 02210
UNITED STATES POSTAGE
$ 00.41⁰
PITNEY BOWES

02324+3230 R093

shows that 5 years I was in program for time in structure is not in

# This Certificate is presented to

## John Leblanc

for completing the February 17th, 2003 through May 9, 2003 cycle of the
**Residential Treatment Unit**

_____
Walter Gotovich, OT
RTU Coordinator

_____
Ebon Alley, LCSW

_____
Alberta Fournier, LMHC

_____
Beth Cheney, LICSW
Mental Health Director

_____
Peter LaCantora, Psy.D

_____
James Langton, COTA